UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**PATRICIA D. BROSNAN,**

    Appellant,

**v.**　　　　　　　　　　　　　　　　　　　　　　**CASE NO. 3:05-cv-536-J-16MCR**

**AMERICAN EDUCATION SERVICES,**

    and

**THE EDUCATION RESOURCES INSTITUTE, INC.,**

    Appellees.

_____/

## ORDER

Before the Court is Appellant's Motion to Exceed by 1 and 1/4 Pages Appellant's Reply Brief (Dkt. 27). Appellant seeks to exceed the page limit on her reply brief in order to adequately respond to the alleged numerous case laws citations in Appellee, The Education Resources Institutes, Inc., ("TERI") brief. Appellant provides she previously conferred with counsel for TERI who had no objection at that time.

Upon due consideration, Appellant's Motion (Dkt. 27) is hereby **GRANTED**.

**DONE AND ORDERED** at Jacksonville, Florida this __25__ day of August, 2005.

Copies to:

Counsel of Record

_____
JOHN H. MOORE II
United States District Judge